| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Zouhary, Jack | 2. Court or Organization District Court, Northern District of Ohio | 3. Date of Report 11/15/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge / Active | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

U.S. District Court
1716 Spielbusch Avenue
Toledo, OH 43604

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Self-employed arbitrator / mediator |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American College of Trial Lawyers | 4/4 - 4/7/2018 | Austin, TX | National Trial Competition | Flight, hotel, transportation, meals, mileage, parking |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 11/15/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 11/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 | | | | | | | | | |
| 2. - Boeing* | A | Dividend | L | T | | | | | |
| 3. - Prologis, fka DCT Industrial Trust* | A | Dividend | K | T | | | | | |
| 4. - Deere & Co* | A | Dividend | K | T | | | | | |
| 5. - General Electric* | C | Dividend | L | T | | | | | |
| 6. - Intel* | B | Dividend | M | T | | | | | |
| 7. - I Shares TR Russell Mid Cap Value* | A | Dividend | K | T | | | | | |
| 8. - Motorola Solutions (MSI) | A | Dividend | K | T | | | | | |
| 9. - Pepsico* | A | Dividend | K | T | | | | | |
| 10. - Pennsylvania Mutual Fund | A | Dividend | K | T | | | | | |
| 11. - US Bancorp Delaware New* | A | Dividend | K | T | | | | | |
| 12. - Abbott Labs* | A | Dividend | K | T | | | | | |
| 13. - AT&T* | A | Dividend | J | T | | | | | |
| 14. - Atmos Energy* | B | Dividend | M | T | | | | | |
| 15. - BP PLC* | B | Dividend | L | T | | | | | |
| 16. - Cardinal Health Inc Ohio * | A | Dividend | L | T | | | | | |
| 17. - Coca Cola* | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Eaton* | B | Dividend | L | T | | | | | |
| 19. - Centurylink* | A | Dividend | J | T | | | | | |
| 20. - HSBC Holding* | A | Dividend | J | T | | | | | |
| 21. - JP Morgan Chase* | A | Dividend | J | T | | | | | |
| 22. - Key Corp* | A | Dividend | M | T | | | | | |
| 23. - McDonald's* | D | Dividend | O | T | | | | | |
| 24. - Merck & Co* | B | Dividend | L | T | | | | | |
| 25. - Royal Dutch Shell* | C | Dividend | L | T | | | | | |
| 26. - Bristol-Myers Squibb* | A | Dividend | L | T | | | | | |
| 27. - Conoco Philips* | A | Dividend | K | T | | | | | |
| 28. - Colgate Palmolive* | A | Dividend | K | T | | | | | |
| 29. - Conagra Foods* | A | Dividend | K | T | | | | | |
| 30. - DowDuPont | A | Dividend | K | T | | | | | |
| 31. - HCP Inc. * | A | Dividend | J | T | | | | | |
| 32. - Olin* | A | Dividend | K | T | | | | | |
| 33. - Oracle* | A | Dividend | K | T | | | | | |
| 34. - Walgreen* | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 11/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Nuveen Ohio Mun (Fund) | A | Interest | K | T | | | | | |
| 36. - Sprint Nextel* | | None | J | T | | | | | |
| 37. - Stryker* | A | Dividend | K | T | | | | | |
| 38. - Windstream* | A | Dividend | | | Sold | 12/28/18 | J | | |
| 39. - Wisconsin Energy* | B | Dividend | L | T | | | | | |
| 40. - 3 M* | B | Dividend | L | T | | | | | |
| 41. - Eaton Vance Tax (Fund) | A | Dividend | J | T | | | | | |
| 42. - Amgen* | A | Dividend | K | T | | | | | |
| 43. - Johnson & Johnson* | B | Dividend | L | T | | | | | |
| 44. - Microsoft* | B | Dividend | L | T | | | | | |
| 45. - American Electric Power* | A | Dividend | K | T | | | | | |
| 46. - Bob Evans Farms* | A | Dividend | | | Sold | 01/16/18 | K | E | |
| 47. - Citigroup* | A | Dividend | J | T | | | | | |
| 48. - Pfizer* | A | Dividend | K | T | | | | | |
| 49. - Travelers* | A | Dividend | J | T | | | | | |
| 50. - Verizon Communications* | B | Dividend | K | T | | | | | |
| 51. - Deutsche Bank PFD Trust | A | Dividend | | | Redeemed | 02/20/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 11/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Waste Management* | A | Dividend | K | T | | | | | |
| 53. - Merrill Lynch (Accounts) | B | Interest | O | T | | | | | |
| 54. - Key Bank (Accounts) | C | Interest | O | T | | | | | |
| 55. - Nationwide-AXOS (Accouns), fka Nationwide Bank | D | Interest | J | T | | | | | |
| 56. - Butler County Ohio Hospital Facilities Revenue Bond | A | Interest | K | T | | | | | |
| 57. - Elida Local School (Bond) | A | Interest | | | Redeemed | 08/20/18 | J | A | |
| 58. - Clorox | A | Dividend | K | T | | | | | |
| 59. - PPG | A | Dividend | K | T | | | | | |
| 60. - Q Com | A | Dividend | K | T | | | | | |
| 61. - VGT | A | Dividend | L | T | | | | | |
| 62. - VWO | A | Dividend | K | T | | | | | |
| 63. - Apple | A | Dividend | L | T | | | | | |
| 64. - Kroger | A | Dividend | J | T | | | | | |
| 65. - Proctor Gamble | A | Dividend | K | T | | | | | |
| 66. - NBH | A | Dividend | J | T | | | | | |
| 67. - ATOIX | A | Interest | | | Sold | 09/21/18 | M | | |
| 68. - TGBAX | A | Interest | | | Sold | 10/02/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 11/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - LDLFX | B | Dividend | | | Sold | 09/21/18 | K | | |
| 70. - Greene County Hosp. (Bond) | A | Interest | K | T | | | | | |
| 71. - Frontier | | Dividend | J | T | | | | | |
| 72. - Diageo | A | Dividend | K | T | | | | | |
| 73. - Kimberly Clark | A | Dividend | K | T | | | | | |
| 74. - Monsanto | A | Dividend | | | Sold | 09/28/18 | K | E | |
| 75. - Philip Morris | A | Dividend | J | T | | | | | |
| 76. - Lord Abbett Floating Rate Fund | A | Dividend | K | T | | | | | |
| 77. - Gabelli Utilities Fund | B | Dividend | L | T | | | | | |
| 78. - Barrick Gold | A | Dividend | J | T | | | | | |
| 79. - Berkshire Hathaway | | None | K | T | | | | | |
| 80. - Broadcom | A | Dividend | J | T | | | | | |
| 81. - Cisco | A | Dividend | K | T | | | | | |
| 82. - First Trust High Income | A | Dividend | J | T | | | | | |
| 83. - VOYA Infrastructure | A | Dividend | J | T | | | | | |
| 84. - Newmont Mining | A | Dividend | J | T | | | | | |
| 85. - Paychex | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Petrobras | A | Dividend | J | T | | | | | |
| 87. - Telefonica | A | Dividend | J | T | | | | | |
| 88. - Vodafone | A | Dividend | J | T | | | | | |
| 89. - Doubleline Total Return | A | Dividend | | | Sold | 09/21/18 | K | | |
| 90. - TCW Total Return | A | Dividend | | | Sold | 09/21/18 | K | | |
| 91. - SPDR Nuveen S&P High | A | Dividend | J | T | | | | | |
| 92. - Philips 66 | A | Dividend | J | T | | | | | |
| 93. - Aegon PFD | A | Dividend | J | T | | | | | |
| 94. - SPDR Int (DWX) | A | Dividend | J | T | | | | | |
| 95. - DJIA Mitt (MLPHV) | | None | | | Redeemed | 04/02/18 | K | D | |
| 96. - Apollo Investment (AIY) | A | Dividend | J | T | | | | | |
| 97. - Abbvie (ABBV) | A | Dividend | K | T | | | | | |
| 98. - Glaxo Smith | A | Dividend | J | T | | | | | |
| 99. - Goldman Sachs MLP Energy | A | Dividend | | | Sold | 12/28/18 | J | | |
| 100. - Google | | None | J | T | | | | | |
| 101. - Avanos Medical, fka Halyard | | None | J | T | | | | | |
| 102. - Hamilton County Ohio Economic Development Bond | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - Becton Dickinson | A | Dividend | J | T | | | | | |
| 104.  - Chemours | A | Dividend | J | T | | | | | |
| 105.  - IDV | A | Dividend | J | T | | | | | |
| 106.  - Fireye | | None | J | T | | | | | |
| 107.  - Lamb Weston | A | Dividend | J | T | | | | | |
| 108.  - Quality Care Properties | | None | | | Sold | 07/27/18 | J | | |
| 109.  - American Express | A | Dividend | J | T | | | | | |
| 110.  - Gilead Science | A | Dividend | | | Sold | 12/28/18 | K | | |
| 111.  - Whirlpool | A | Dividend | | | Sold | 04/04/18 | J | | |
| 112.  - Vanguard Money Market Funds (Federal, Prime, Municipal) | B | Interest | L | T | Buy | 03/27/18 | L | | |
| 113.  - VXUS | A | Dividend | J | T | Buy | 10/24/18 | J | | |
| 114.  - International Game Technology | A | Dividend | J | T | Buy | 12/20/18 | J | | |
| 115.  IRA #1 | | | | | | | | | |
| 116.  - Thomas McDonald Money Market Fund (RBC Capital) | A | Dividend | J | T | | | | | |
| 117.  - Black Creek Diversified | A | Dividend | K | T | | | | | |
| 118.  IRA #2 | | | | | | | | | |
| 119.  - DFEOX | A | Dividend | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 11/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - DFITX | A | Dividend | K | T | | | | | |
| 121. - DFREX | A | Dividend | K | T | | | | | |
| 122. - DFALX | A | Dividend | K | T | | | | | |
| 123. - Schwab Value Advantage Money Fund | A | Interest | K | T | | | | | |
| 124. - DFQTX | A | Dividend | K | T | | | | | |
| 125. - DFIEX | A | Dividend | K | T | | | | | |
| 126. IRA #3 | | | | | | | | | |
| 127. - Morgan Stanley & Co. | D | Int./Div. | P1 | T | | | | | |
| 128. - Microsoft (MSFT)* | D | Dividend | N | T | | | | | |
| 129. IRA #4 | | | | | | | | | |
| 130. - Blackrock Build America (BBN) | A | Dividend | J | T | | | | | |
| 131. - Spider China ETF (GXC) | A | Dividend | K | T | | | | | |
| 132. - Vanguard Total Market EFT (VTI) | A | Dividend | K | T | | | | | |
| 133. - Dodge & Cox Income (DODIX) | A | Dividend | K | T | | | | | |
| 134. - Vanguard High Dividend (VYM) | A | Dividend | K | T | | | | | |
| 135. - First Trust High Income (FSD) | A | Dividend | J | T | | | | | |
| 136. - Vanguard Money Market Funds (Prime, Federal) | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Vanguard High Yield Corp (VWEHX) | A | Dividend | J | T | | | | | |
| 138. - SPDR Int Div (DWX) | A | Dividend | J | T | | | | | |
| 139. - Tortoise Energy (NDP) | B | Dividend | J | T | | | | | |
| 140. - Pennsylvania Mutual (PENNX) | A | Dividend | K | T | | | | | |
| 141. - TCW Return (TGLMX) | A | Dividend | | | Sold | 11/13/18 | K | | |
| 142. - VBIRX | A | Dividend | | | Sold | 04/10/18 | K | | |
| 143. - Annaly Capital (NLY) | A | Dividend | J | T | | | | | |
| 144. - Apollo Investment (AIY) | A | Dividend | J | T | | | | | |
| 145. - Verizon (VZ) | A | Dividend | J | T | | | | | |
| 146. - Vodafone (VOD) | B | Dividend | K | T | | | | | |
| 147. - Gateway (GATEX) | A | Dividend | K | T | | | | | |
| 148. - I Shares Russell Midcap (IWS) | A | Dividend | J | T | | | | | |
| 149. - British Petroleum (BP) | A | Dividend | | | Sold | 04/24/18 | J | A | |
| 150. - Blackstone (BX) | B | Dividend | K | T | | | | | |
| 151. - GSMLP Energy (GER) | A | Dividend | J | T | | | | | |
| 152. - JP Morgan Equity (HLIEX) | B | Dividend | L | T | | | | | |
| 153. - Templeton Global Bond (TGBAX) | A | Dividend | | | Sold | 10/03/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 11/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Henderson European Focus (HFEAX) | A | Dividend | K | T | | | | | |
| 155. - Gabelli Utilities Fund (GAUIX) | C | Dividend | K | T | | | | | |
| 156. - VWO | A | Dividend | K | T | | | | | |
| 157. - VGK | A | Dividend | J | T | | | | | |
| 158. - IDV | A | Dividend | J | T | | | | | |
| 159. - CVX | A | Dividend | K | T | | | | | |
| 160. - EWZ | A | Dividend | J | T | | | | | |
| 161. - Oppenheimer International (OIBAX) | A | Dividend | J | T | | | | | |
| 162. - Growth Fund of America (GFAFX) | A | Dividend | K | T | | | | | |
| 163. - DFE | A | Dividend | J | T | | | | | |
| 164. - DXJ | A | Dividend | J | T | | | | | |
| 165. - Nationwide (Accounts) | A | Interest | | | Redeemed | 09/04/18 | L | | |
| 166. - Victory Portfolio (IPFIX) | A | Interest | | | Sold | 02/07/18 | J | | |
| 167. - Key (Accounts) | A | Interest | K | T | | | | | |
| 168. - AT&T (T) | A | Dividend | J | T | | | | | |
| 169. - General Electric (GE) | A | Dividend | J | T | | | | | |
| 170. - Mattel (MAT) | | Dividend | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 11/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Molson (TAP) | A | Dividend | K | T | | | | | |
| 172. - Vanguard Total Bond (BND) | A | Dividend | J | T | Buy | 05/17/18 | J | | |
| 173. - Gilead Science (GILD) | A | Dividend | J | T | Buy | 12/11/18 | J | | |
| 174. IRA #5 | | | | | | | | | |
| 175. - Tortoise Energy (NDP) | B | Dividend | K | T | | | | | |
| 176. - VOYA Infrastructure | B | Dividend | K | T | | | | | |
| 177. - Vanguard Money Market Funds (Federal, Prime) | A | Interest | K | T | | | | | |
| 178. - Apollo Investment (AIY) | A | Dividend | J | T | | | | | |
| 179. - Ares Capital (ARCC) | B | Dividend | K | T | | | | | |
| 180. - OXY | A | Dividend | J | T | | | | | |
| 181. - Medtronics | A | Dividend | K | T | | | | | |
| 182. - Hanes (HBI) | A | Dividend | J | T | | | | | |
| 183. - Steinmart (SMRT) | A | Dividend | J | T | | | | | |
| 184. - I Shares S&P (PFF) | B | Dividend | K | T | | | | | |
| 185. - Gabelli Utilities (GAUIX) | C | Dividend | K | T | | | | | |
| 186. - First Trust High Income (FSD) | A | Dividend | J | T | | | | | |
| 187. - VXUS | A | Dividend | J | T | Buy | 02/05/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 11/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Covanta (CVA) | A | Dividend | J | T | Buy | 03/26/18 | J | | |
| 189. - VYM | A | Dividend | J | T | Buy | 12/17/18 | J | | |
| 190. John Hancock Venture | D | Dividend | N | T | | | | | |
| 191. Reliastar Whole Life (Insurance) | A | Interest | K | T | | | | | |
| 192. Citigroup (C)* | A | Dividend | J | T | | | | | |
| 193. Coca Cola European (CCE)* | A | Dividend | K | T | | | | | |
| 194. Walt Disney Company (DIS)* | A | Dividend | K | T | | | | | |
| 195. FFD Financial (FFDF)* | A | Dividend | K | T | | | | | |
| 196. Motorola Solutions (MSI) | A | Dividend | K | T | | | | | |
| 197. Occidental Petroleum (OXY)* | B | Dividend | K | T | | | | | |
| 198. RPM International (RPM)* | A | Dividend | J | T | | | | | |
| 199. Old National Bank (ONB) | A | Dividend | J | T | | | | | |
| 200. US Bancorp (USB)* | A | Dividend | J | T | | | | | |
| 201. Huntington* | A | Dividend | J | T | | | | | |
| 202. Merrill Lynch - Bank of America Money Market Accounts | B | Interest | M | T | | | | | |
| 203. Amgen (AMGN)* | | None | K | T | | | | | |
| 204. Applied Material (AMAT)* | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 11/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Ares Capital (ARCC)* | B | Dividend | J | T | | | | | |
| 206. AT&T (T)* | A | Dividend | K | T | | | | | |
| 207. Bristol-Myers Squibb (BMY)* | A | Dividend | K | T | | | | | |
| 208. Coca Cola (KO)* | B | Dividend | K | T | | | | | |
| 209. Conagra Foods (CAG)* | A | Dividend | K | T | | | | | |
| 210. Eli Lilly (LLY)* | A | Dividend | K | T | | | | | |
| 211. Intel (INTL)* | A | Dividend | K | T | | | | | |
| 212. KeyCorp (KEY)* | A | Dividend | J | T | | | | | |
| 213. Marathon Oil (MRO)* | A | Dividend | J | T | | | | | |
| 214. Marathon Petroleum (MPC) | A | Dividend | K | T | | | | | |
| 215. Sony (SNE)* | A | Dividend | K | T | | | | | |
| 216. Verizon Communications (VZ)* | A | Dividend | K | T | | | | | |
| 217. Zimmer Holdings (ZMH)* | | None | J | T | | | | | |
| 218. Blackrock Mun Intermediate Fund (MUI) | A | Interest | J | T | | | | | |
| 219. CBS (CBSA)* | A | Dividend | J | T | | | | | |
| 220. Goldman Sachs (GSMAX) | | None | K | T | | | | | |
| 221. Loomis Sayles (NEFZX) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 11/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Merck (MRK)* | A | Dividend | K | T | | | | | |
| 223. Bank of America (BAC) | A | Dividend | | | Sold | 12/26/18 | J | | |
| 224. Legg Mason Municipal High Fund (LMHIX) | A | Dividend | K | T | | | | | |
| 225. Templeton Global Bond (TGBAX) | A | Dividend | | | Sold | 10/03/18 | J | | |
| 226. Pfizer (PFE) | A | Dividend | K | T | | | | | |
| 227. Key Bank (Accounts) | B | Interest | N | T | | | | | |
| 228. SB Financial Group | A | Dividend | J | T | | | | | |
| 229. DTE Energy* | A | Dividend | K | T | | | | | |
| 230. Cedar Fair (FUN)* | D | Dividend | L | T | | | | | |
| 231. Nationwide-AXOS (Accounts), fka Nationwide Bank | C | Interest | J | T | | | | | |
| 232. Butler County Ohio Hospital Facilities Revenue Bond | C | Interest | L | T | | | | | |
| 233. Henderson International (HFOAX) Fund | A | Dividend | K | T | | | | | |
| 234. IXJ | A | Dividend | L | T | | | | | |
| 235. VGT | A | Dividend | K | T | | | | | |
| 236. VEU | A | Dividend | J | T | | | | | |
| 237. Vanguard Money Market Funds (Federal, Prime, Municipal) | A | Interest | N | T | | | | | |
| 238. VOHIX | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 11/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. DFA US Core Equity (DFQTX) | C | Dividend | N | T | | | | | |
| 240. DFA International Core (DFIEX) | B | Dividend | L | T | | | | | |
| 241. DFA Emerging (DFCEX) | B | Dividend | K | T | | | | | |
| 242. Greene County Ohio Hos. (Bonds) | B | Interest | L | T | | | | | |
| 243. ATOIX | A | Dividend | J | T | | | | | |
| 244. XLP | A | Dividend | K | T | | | | | |
| 245. Dexcom | | None | K | T | | | | | |
| 246. VFSTX | A | Dividend | J | T | | | | | |
| 247. Cisco (CISCO) | A | Dividend | K | T | | | | | |
| 248. Energy Sector Spdr. (XLE) | A | Dividend | J | T | | | | | |
| 249. Kimberly Clark (KMB) | A | Dividend | K | T | | | | | |
| 250. Kroger (KR) | A | Dividend | K | T | | | | | |
| 251. Monsanto (MON) | A | Dividend | | | Sold | 06/07/18 | L | E | |
| 252. Qualcomm (QCOM) | A | Dividend | K | T | | | | | |
| 253. Exelon (EXC) | A | Dividend | J | T | | | | | |
| 254. Tortoise MLP Fund (NTG) | A | Dividend | | | Sold | 12/26/18 | J | | |
| 255. Abbott (ABT) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 11/15/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Community Trust Bank (CTBI) | A | Dividend | J | T | | | | | |
| 257. Newmont Mining (NEM) | A | Dividend | | | Sold | 04/13/18 | J | | |
| 258. Proctor Gamble (PG) | B | Dividend | L | T | | | | | |
| 259. Statoil (STO) | A | Dividend | | | Sold | 07/09/18 | J | A | |
| 260. First Trust (FSD) | A | Dividend | J | T | | | | | |
| 261. Abbvie (ABBV) | A | Dividend | K | T | | | | | |
| 262. Apple (AAPL) | A | Dividend | K | T | | | | | |
| 263. Citrix (CTXS) | | None | K | T | | | | | |
| 264. Rio Tinto (RIO) | A | Dividend | K | T | | | | | |
| 265. Suncor (SU) | A | Dividend | K | T | | | | | |
| 266. Windstream (WIN) | B | Dividend | | | Sold | 11/08/18 | J | | |
| 267. Vanguard High Dividend (VYM) | A | Dividend | J | T | | | | | |
| 268. Avanos (AVNS), fka Halyard | | None | J | T | | | | | |
| 269. Amazon (AMZN) | | None | K | T | | | | | |
| 270. EBay (EBAY) | | None | J | T | | | | | |
| 271. Philip Morris (PM) | A | Dividend | | | Sold | 12/26/18 | J | | |
| 272. Zoetis (ZTS) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 11/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. Vanguard Total Int. (VXUS) | A | Dividend | J | T | | | | | |
| 274. I Share Japan (EWJ) | A | Dividend | J | T | | | | | |
| 275. Power Shares Exchange (BKLN) | A | Dividend | J | T | | | | | |
| 276. Walmart | A | Dividend | J | T | | | | | |
| 277. Prudential Financial (PRU) | A | Dividend | J | T | | | | | |
| 278. Market Oil Services (OIH) | A | Dividend | | | Sold | 12/24/18 | J | | |
| 279. Marathon Oil (MRO) | A | Dividend | | | Sold | 12/26/18 | J | | |
| 280. Baxter (BAX) | A | Dividend | J | T | | | | | |
| 281. PayPal | | None | J | T | | | | | |
| 282. UNITI Group (UNIT) | A | Dividend | | | Sold | 11/09/18 | J | | |
| 283. Synchrony Bank (Accounts) | A | Interest | N | T | | | | | |
| 284. Hamilton County Ohio Economic Devevlopment Bond | A | Interest | K | T | | | | | |
| 285. Black Creek Diversified | B | Dividend | J | T | | | | | |
| 286. Lamb Weston | A | Dividend | J | T | | | | | |
| 287. Market Vector Short (SHYD) | A | Interest | J | T | | | | | |
| 288. Bowling Green State University Ohio Revenue Bond | A | Interest | K | T | | | | | |
| 289. Greenon, Ohio Local School District Bond | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. Connecticut Go. (Bond) | A | Interest | K | T | | | | | |
| 291. Pacific National Bank (Account) | A | Interest | | | Redeemed | 08/11/18 | K | | |
| 292. Logmein | A | Dividend | J | T | Spinoff (from line 263) | 02/01/18 | J | | |
| 293. Ohio State Hospital Bond | A | Interest | J | T | Buy | 03/19/18 | J | | |
| 294. Covanta (CVA) | A | Dividend | J | T | Buy | 03/26/18 | J | | |
| 295. Bank of China CD | A | Interest | | | Buy | 01/03/18 | K | | |
| 296. | | | | | Sold | 03/28/18 | K | | |
| 297. Wells Fargo CD | A | Interest | | | Buy | 01/05/18 | K | | |
| 298. | | | | | Sold | 03/01/18 | K | | |
| 299. Busey Bank CD | A | Interest | | | Buy | 03/01/18 | L | | |
| 300. | | | | | Sold | 09/17/18 | L | | |
| 301. Morgan Stanley CD | A | Interest | | | Buy | 04/06/18 | L | | |
| 302. | | | | | Sold | 10/12/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 11/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Names with asterisks are common stocks and ETFs.

Trust #1 (Lines 1-114) contains Aggregate Ownership Arrangement in which my spouse is a trustee of family trusts.


Deletions from 2018 Financial Disclosure Report

Transfer from IRA #3 to IRA #5
2017 FDR Lines 133-135
I Shares S&P (PFF) (now Line 184)
Gabelli Utilities (GAUIX) (now Line 185)
First Trust High Income (FSD) (now Line 186)


Additions to 2018 Financial Disclosure Report

Lines 112-14
Acquisitions made to Trust #1

Lines 172-73
Acquisitions made to IRA #4

Lines 187-89
Acquisitions made to IRA #5

Line 292 / Logmein
Spinoff from Line 263 / Citrix (CTXS)

Lines 293-94
Acquisitions made jointly or by spouse

Lines 295-302
Acquisitions made jointly or by spouse (bought and redeemed in same year)


Amended Report
Pursuant to letter dated September 30, 2019, I have provided more detail concerning individual assets.

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 11/15/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jack Zouhary**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544